**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 848 MAL 2017

              Respondent        :

                          :  Petition for Allowance of Appeal from
                          :  the Order of the Superior Court

                v.           :

                          :

EFRAIN MIRANDA, III,            :

                          :

              Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.